**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1486**

_____

GARY R. JONES,

Plaintiff - Appellant,

versus

SHAWN R. ARLEDGE; CITY OF CHESAPEAKE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-98-482-2)

_____

Submitted: September 30, 1999      Decided: October 5, 1999

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gary R. Jones, Appellant Pro Se. Alan Brody Rashkind, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia; Thomas Jeffrey Salb, BREEDEN, MACMILLAN & GREEN, Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary R. Jones appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) action, following a jury trial. On appeal, Jones alleges his counsel was ineffective. Because claimants are not entitled to counsel in a § 1983 action, there is no right to constitutionally effective counsel. See Sanchez v. United States Postal Serv., 785 F.2d 1236, 1237 (5th Cir. 1986); Nicholson v. Rushen, 767 F.2d 1426, 1427 (9th Cir. 1985). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED